UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ,<br><br>　　　　　　　　　Plaintiff(s),<br><br>　　　　　v.<br><br>COMMANDO, LLC,<br><br>　　　　　　　　　Defendant(s). | 23-CV-7298 (DEH)<br><br>NOTICE OF REASSIGNMENT |

DALE E. HO, United States District Judge:

　　This case has been reassigned to the undersigned. All counsel must familiarize themselves with the Court's Individual Practices, which are available at https://nysd.uscourts.gov/hon-dale-e-ho. Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

　　Additionally, by **November 8, 2023**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant(s), and (3) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case.

　　SO ORDERED.

Dated: October 24, 2023
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　DALE E. HO
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge