UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANELYS HERNANDEZ, <br><br> Plaintiff(s), <br><br> v. <br><br> COMMANDO, LLC, <br><br> Defendant(s). | 23-CV-7298 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

    On October 24, 2023, the Court ordered Plaintiff to file a letter updating the Court on how it intends to proceed in this case by no later than November 8, 2023. *See* ECF No. 5. To date, no such letter has been filed.

    Accordingly, it is hereby ORDERED that Plaintiff file on ECF a letter updating the Court on the status of the case, as outlined in ECF No. 5, by **November 17, 2023**. Plaintiff is advised that failure to prosecute its case may result in dismissal.

    SO ORDERED.

Dated: November 14, 2023
       New York, New York

                                                                    DALE E. HO
                                                                    United States District Judge